UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CV-21063-Moore/Torres

MAXAMILIA FLORES,
      Plaintiff,

vs.

WAX SPA, LLC, a Florida
Limited liability company,
and BORIS KOBRINSKY,
individually,
      Defendants.
_____/

**DEFENDANTS' ANSWER TO COMPLAINT**

      Defendants, Wax Spa, LLC, a Florida limited liability company (the "Wax Spa") and Boris Kobrinsky, individually ("Boris", and collectively with Wax Spa, the "Defendants"), by and through their undersigned counsel, and pursuant to Rule 8 of the Federal Rules of Civil Procedure, file the following answers to each of the paragraphs contained in the complaint filed in this action.

      Paragraph 1.  Defendants deny the allegation that the Court has jurisdiction over the alleged claim under 29 U.S.C. §216(b), but admit the remaining jurisdictional allegations.

      Paragraph 2.  Defendants deny the allegation that Wax Spa is a Florida corporation, but admit the remaining allegations.

      Paragraph 3.  Defendants lack knowledge or information to form a sufficient belief concerning the truth about Plaintiff's residence, but deny the remaining allegations.

Paragraph 4.   Defendants admit the allegations.

Paragraph 5.   Defendants admit the allegations.

Paragraph 6.   Defendants admit the allegations.

Paragraph 7.   Defendants admit that Plaintiff was an employee, but deny that Plaintiff was engaged in commerce as defined by the Fair Labor Standards Act ("FLSA").

Paragraph 8.   Defendants deny the allegations.

Paragraph 9.   Defendants deny the allegations.

Paragraph 10.  Defendants deny the allegations.

Paragraph 11.  Defendants deny the allegations.

Paragraph 12.  Defendants lack knowledge or information to form a sufficient belief concerning the truth of the allegations.

Paragraph 13.  Defendants deny the allegations.

WHEREFORE, Defendants, Wax Spa and Boris, request this Honorable Court to require Plaintiff to provide strict and sufficient proof for each of the allegations in the complaint.

Dated: April 21, 2014

Respectfully submitted,

_/s/ Tarlesha W. Smith_

Tarlesha W. Smith, Esq.
Florida Bar No. 389341
Primary E-Mail: justice@tarleshasmith.com
Secondary E-Mail: tarlesha@comcast.net
T.W. Smith Law Group, LLC
1111 Park Centre Boulevard
Executive Offices, Suite 105G
Miami Gardens, Florida 33169
Tel.: (786) 219-1151
Fax: (786) 219-1152
Attorney for Defendants, Wax Spa, LLC and Boris Kobrinsky

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-

mail to Brian J. Militzok, Esq. at the e-mail address of bjm@mllaw.com and sent by first-class U.S. mail to Brian J. Militzok, Esq., Militzok & Levy, P.A., The Yankee Clipper Law Center, 3230 Stirling Road, Suite 1, Hollywood, Florida 33021, on this 21st day of April, 2014.

Tarlesha W. Smith, Esq.